IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARJORIE EICKER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br>　　　　PLAINTIFF,<br><br>V.<br><br>MHR AUSTIN SONIC RESTAURANTS, LLC, ALSO KNOWN AS SDI LLANO TEXAS LLC, AND ALSO KNOWN AS SONIC,<br>　　　　DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>　　CAUSE NO. 1:21-CV-698-LY |

## ORDER CLOSING CASE

Before the court is the above-referenced cause. On September 7, 2021, Plaintiff Marjorie Eicker filed Plaintiff's Stipulation of Dismissal Without Prejudice (Doc. #9) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). As nothing further remains to be resolved,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of September, 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LEE YEAKEL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE